488

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* LEON SMITH, Defendant-Appellant.

(No. 57459;

First District (1st Division)—June 25, 1973.

PER CURIAM.
GOLDBERG, J., took no part.

James J. Doherty, Public Defender, of Chicago, (Saul H. Brauner, Assistant Public Defender, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis, James Carlson, and Terrence McQuigg, Assistant State's Attorneys, of counsel,) for the People.